UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
PEGGY DENISE BLACKWELL                             CASE NO. 20-10202
5014 BARTLEY WAY                                   JUDGE BENJAMIN A. KAHN
MC LEANSVILLE, NC  27301

    DEBTOR

SSN(1) XXX-XX-2306                                 DATE: 12/10/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AFFIRM INC<br>650 CALIFORNIA ST 12TH FLOOR<br>SAN FRANCISCO, CA  94108 | $0.00<br>INT: .00%<br>NAME ID: 177825<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $3,839.09<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 1003<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $1,052.54<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 1000<br>COMMENT: |
| BANK OF AMERICA<br>4060 OGLETOWN STANTON RD<br>NEWARK, DE  19713 | $0.00<br>INT: .00%<br>NAME ID: 55800<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BENNINGTON VILLAGE HOA<br>% PRESTIGE MGMT GROUP INC<br>P O BOX 9336<br>GREENSBORO, NC  27429 | $0.00<br>INT: .00%<br>NAME ID: 55343<br>CLAIM #: 0011 | (U) UNSECURED<br>DIRECT PAY<br>ACCT: 3101<br>COMMENT: OC,DIR |
| CAPITAL ONE<br>P O BOX 85015<br>RICHMOND, VA  23285-5015 | $0.00<br>INT: .00%<br>NAME ID: 3491<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $703.76<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 0750<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $3,575.03<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 2627<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $277.14<br>INT: .00%<br>NAME ID: 135165<br>CLAIM #: 0034 | (U) UNSECURED<br><br>ACCT: 8012<br>COMMENT:  KOHL'S |
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT: .00%<br>NAME ID: 169851<br>CLAIM #: 0010 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC,JARED |
| FED LOAN SERVICING<br>P O BOX 69184<br>HARRISBURG, PA  17106 | $0.00<br>INT: .00%<br>NAME ID: 124085<br>CLAIM #: 0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0055 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 170851<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $14,649.15<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT:  OC,820A,320A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $488.28<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0051 | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT:  320A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $5,042.91<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 7036<br>COMMENT:  720TFCL,320LN/A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,178.64<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0037 | (U) UNSECURED<br><br>ACCT: 2409<br>COMMENT:  AMAZON |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,339.52<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0038 | (U) UNSECURED<br><br>ACCT: 9621<br>COMMENT:  AMERICAN EAGLE |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,742.89<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0039 | (U) UNSECURED<br><br>ACCT: 7308<br>COMMENT:  BELK |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,635.13<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 2471<br>COMMENT:  DISCOUNT TIRE |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---:|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $831.44<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0042 | (U) UNSECURED<br><br>ACCT: 6568<br>COMMENT:  CITGO | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $3,252.78<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0043 | (U) UNSECURED<br><br>ACCT: 2697<br>COMMENT:  JCP | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,309.46<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0044 | (U) UNSECURED<br><br>ACCT: 7410<br>COMMENT:  LOWES | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,216.47<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0045 | (U) UNSECURED<br><br>ACCT: 3965<br>COMMENT:  OLD NAVY | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,320.31<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0047 | (U) UNSECURED<br><br>ACCT: 6155<br>COMMENT:  ROOMS TO GO | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,006.46<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0048 | (U) UNSECURED<br><br>ACCT: 6843<br>COMMENT:  SCORE REWARDS | |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $4,004.13<br>INT:  .00%<br>NAME ID: 177262<br>CLAIM #: 0032 | (U) UNSECURED<br><br>ACCT: 3375<br>COMMENT: | |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,435.05<br>INT:  .00%<br>NAME ID: 177262<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 9615<br>COMMENT: | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,208.40<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 0593<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2306<br>COMMENT: OC | |
| NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX  75266-0366 | $18,247.50<br>INT:  6.75%<br>NAME ID: 17724<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 7871<br>COMMENT: 17NISS | |
| NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX  75266-0366 | $7,371.67<br>INT:  .00%<br>NAME ID: 17724<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 7871<br>COMMENT: SPLIT | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| NORDSTROM FSB<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,164.81<br>INT: .00%<br>NAME ID: 159453<br>CLAIM #: 0035 | | (U) UNSECURED<br><br>ACCT: 6102<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $4,084.48<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 6561<br>COMMENT:  BARCLAYS BANK | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,966.61<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 9693<br>COMMENT:  BARCLAYS BANK | |
| PROPONENT FEDERAL CREDIT UNION<br>ATTN OFFICER<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $0.00<br>INT: .00%<br>NAME ID: 170326<br>CLAIM #: 0005 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 0201<br>COMMENT:  DT,RE RP,DIR | |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $4,837.50<br>INT: 6.75%<br>NAME ID: 25578<br>CLAIM #: 0007 | | (V) VEHICLE-SECURED<br><br>ACCT: 203<br>COMMENT:  07VOLVO | |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $5,864.63<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 0004<br>COMMENT:  OC | |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $0.00<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0009 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $62.08<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 203<br>COMMENT:  SPLIT | |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $4,927.54<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0036 | | (U) UNSECURED<br><br>ACCT: 0500<br>COMMENT: | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $239.17<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 2754<br>COMMENT:  CHILDRENS PLACE | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $285.43<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 0585<br>COMMENT:  JARED | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $333.71<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 2766<br>COMMENT:  LANE BRYANT | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $567.06<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT:  6737<br>COMMENT:  NY & CO |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $697.69<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT:  6692<br>COMMENT:  VICTORIAS SECRET |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $193.22<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT:  2770<br>COMMENT:  BRYLANE |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,843.54<br>INT:  .00%<br>NAME ID: 161980<br>CLAIM #:  0041 | (U) UNSECURED<br><br>ACCT:  4626<br>COMMENT:  CARE CREDIT |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $3,504.61<br>INT:  .00%<br>NAME ID: 161980<br>CLAIM #:  0046 | (U) UNSECURED<br><br>ACCT:  6407<br>COMMENT:  PAYPAL |
| TD BANK<br>CUSTOMER SERVICE<br>P O BOX 84037<br>COLUMBUS, GA  31908-4037 | $0.00<br>INT:  .00%<br>NAME ID: 176582<br>CLAIM #:  0049 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC GREENSBORO<br>151 MOSSMAN BUILDING<br>1000 SPRING GARDEN STREET<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 39074<br>CLAIM #:  0050 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $0.00<br>INT:  .00%<br>NAME ID: 176871<br>CLAIM #:  0004 | (S) SECURED<br>DIRECT PAY<br>ACCT:  4319<br>COMMENT:  DT,RE RP,DIR |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $0.00<br>INT:  .00%<br>NAME ID: 176871<br>CLAIM #:  0052 | (S) SECURED<br>DIRECT PAY<br>ACCT:  4319<br>COMMENT:  ARR,DIR |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $0.00<br>INT:  .00%<br>NAME ID: 176871<br>CLAIM #:  0054 | (H2) POST-PETITION FEES-SECURED<br>DIRECT PAY<br>ACCT:  4319<br>COMMENT:  POST PET<br>FEES,DIR,1020OR,520A,DIR |
| **TOTAL:** | **$117,351.83** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

                                        ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/10/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice